No. 01–750. PROFESSIONAL TRAVEL CORP. *v.* BLAKE. Ct. App. D. C. Certiorari denied.

No. 01–753. BRADBURY *v.* IDAHO JUDICIAL COUNCIL. Sup. Ct. Idaho. Certiorari denied.

No. 01–756. REGAL FISH LTD. *v.* FISH. C. A. 9th Cir. Certiorari denied.

No. 01–761. MARTIN *v.* QUACKENBUSH ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–767. MITRANO *v.* KELLY. Sup. Ct. Vt. Certiorari denied.

No. 01–775. UMPHREY ET AL. *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 01–784. UNITED STATES EX REL. NORBECK *v.* BASIN ELECTRIC POWER COOPERATIVE. C. A. 8th Cir. Certiorari denied.

No. 01–796. HELSETH *v.* BURCH. C. A. 8th Cir. Certiorari denied.

No. 01–899. GALLO *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–5127. HOOD *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–5769. MARSHALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5821. ROBLES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–6194. TAYLOR *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 01–6553. ENAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6914. BANE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.